CR 07 746

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court) 1:00CR00086-001 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF SUPERVISED RELEASEE **Rodney Munnerlyn** BLOCK, J. J. ORENSTEIN, M.J. | DISTRICT Rhode Island | | DIVISION Providence |
| | NAME OF SENTENCING JUDGE Honorable Ernest C. Torres Senior U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM: October 25, 2005 | TO: October 24, 2010 |
| OFFENSE Distribution of Cocaine Base | | | |

2007 OCT -5 PM 3:51

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **EASTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

9/26/07 — *Date*

Ernest C. Torres — *Honorable Ernest C. Torres*
*Senior U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named ~~probation/supervised~~ releasee be accepted and assumed by this Court from and after the entry of this order.

10/10/07 — *Date*

*United States District Judge*

A TRUE COPY
ATTEST
DATE 10/15/07 20
ROBERT C. HEINEMANN
CLERK
BY M Brucella
DEPUTY CLERK

2